[Civil No. 562.]

THE ATLANTIC AND PACIFIC R. R. CO., Defendant, and
    THE MERCANTILE TRUST COMPANY, and the
    UNITED STATES TRUST COMPANY, Appellants, v.
    THE DEFIANCE CATTLE COMPANY, Intervener
    and Appellee.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai.   John J. Hawkins,
Judge.

Herndon & Norris, for Appellants.

J. F. Wilson, for Appellee.

January 20, 1898.   Affirmed.

[Civil No. 628.]

UNITED STATES OF AMERICA, Appellant, v. WIL-
    LIAM C. DAWES et al, Appellees.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai.   Richard E. Sloan,
Judge.

E. E. Ellinwood, United States District Attorney, for Ap-
pellant.

J. F. Wilson, for Appellees.

January 31, 1898.   Affirmed.

[Civil No. 629.]

C. A. NEWMAN, Appellant, v. THOMAS M. VAUGHN,
    Appellee.

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise.

No appearance for Appellant.

James Reilly, for Appellee.

January 31, 1898.   Affirmed.